## Gollmar's Election Case.

Argued September 27, 1934.   Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY,. DREW and LINN, JJ.

564

568

*Charles Alvin Jones,* with him *John J. Kennedy, Carl D. Smith* and *B. B. McGinnis,* for appellants.

*Mead J. Mulvihill,* with him *B. Robert Averbach,* for appellee.

PER CURIAM, November 26, 1934:

We have examined the record in this case with care, and fail to find any error. The opinion of Judge PATTERSON fully and fairly reviews the facts, and correctly applies and sets forth the governing questions of law. The judgment is affirmed on his opinion.